CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff
RAFAEL ARROYO, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR. | Case No.: 4:21-cv-08276-HSG |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| WELCOME MARKET, INC., a California Corporation | |
| Defendants. | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

CENTER FOR DISABILITY ACCESS

Dated: May 01, 2022    By: /s/ Amanda Seabock
Amanda Seabock
Attorney for Plaintiff

Notice of Settlement         -1-              4:21-cv-08276-HSG